UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:14-CR-00838-1 |
| | § | |
| MARCOS GARCIA | § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that defendant is financially unable to employ counsel, and does not wish to waive counsel.  Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

The Final Pretrial Conference is scheduled for:  **January 7, 2015 at 10:00 a.m.** before United States Magistrate Judge Jason B. Libby.  Defendant speaks English and will **not** need an interpreter.  Counsel shall make contact with the defendant before next court hearing.

ORDERED this 23rd day of December, 2014.

_____
Jason B. Libby
United States Magistrate Judge