UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. C-14-838 |
| | * | |
| MARCOS GARCIA | * | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** the Defendant, **MARCOS GARCIA**, by and through his undersigned attorney and files this Motion for Continuance of all deadlines and court settings issued pursuant to this Court's Sentencing on September 9, 2015 at 1:30 p.m., for the following reasons:

### I.

Defense counsel and counsel for the Government need additional time to attempt to resolve the case without going to trial.

### IV.

Counsel for the Defendant has spoken to Chad Cowen, Assistant United States Attorney, and he is unopposed to the granting of this motion.

### V.

Defendant hereby waives all rights to a speedy trial under the United States Constitution and applicable case and statutory law.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant respectfully prays that this Honorable Court enter an order continuing all deadlines and court settings issued pursuant to this Court's Sentencing on September 9, 2015 at 1:30 p.m., in this cause, and for such other relief as may be appropriate.

Respectfully Submitted,

/s/ Jason Wolf
**JASON WOLF**
Federal Bar No. 926164

**LAW OFFICE OF JASON WOLF**
410 Peoples St
Corpus Christi, Texas 78401
Telephone: (361) 887-7600
Telecopier: (361) 882-4728

**ATTORNEY FOR DEFENDANT,
MARCOS GARCIA**

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the above motion was forwarded to, or hand-delivered to Chad Cowen, Assistant United States Attorney, United States Attorney Office, Office, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, TX 78401 on this 27th day of August, 2015.

/s/ Jason Wolf
**JASON WOLF**

## CERTIFICATE OF CONFERENCE

This is to certify that I have had a conference with Chad Cowen, Assistant United States Attorney, in charge of the above-styled and numbered cause; and at the time of filing this Motion, the Government is unopposed to the granting of this Motion for Continuance.

SIGNED this 27th day of August, 2015.

/s/ Jason Wolf

JASON WOLF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CRIMINAL NO. C-14-838** |
| | * | |
| **MARCOS GARCIA** | * | |

**O R D E R**

On this the _____ day of _____, 2015, came to be heard the Defendant's Motion for Continuance, and the Court, after considering same, is of the opinion that said Motion should be:

_____ **GRANTED**        _____ **DENIED**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that all deadlines and court settings issued pursuant to this Court's Sentencing on July 30, 2015 are hereby continued as follows:

Sentencing for the _____ day of _____, 2015 at _____ o'clock ___.m.

**SIGNED** this the _____ day of _____, 2015.

_____
**JUDGE PRESIDING**